May Term,
1855.

KENT
v.
SPEARS.

Saturday,
June 16.

SLAUGHTER v. KIMBLE.

APPEAL from the *Franklin* Court of Common Pleas.

*Per Curiam.*—This case turns upon the weight of evidence, as to whether a sale of a lot of wheat had taken place. It depended upon what really were the terms of a parol agreement, subsequent notice, reasonable time, &c.

We can not say the finding upon the evidence was clearly wrong.

The judgment is affirmed with costs.

*J. D. Howland,* for the appellant.

*J. Ryman,* for the appellee.

---

KENT v. SPEARS and Others.

ERROR to the *Warren* Circuit Court.

*Per Curiam.*—Assumpsit for a fraction over 94 dollars, upon a written instrument. Pleas, non assumpsit, payment, set-off, &c. Issues of fact under which the case was fully triable. Trial and judgment for the plaintiff. No motion for a new trial. No questions on the admission or rejection of evidence. There is no question before this Court.

The judgment is affirmed, with 10 per cent. damages and costs.

*R. A. Chandler,* for the plaintiff.

*B. F. Gregory,* for the defendants.